# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KATHLEEN M. WEISS** a/k/a
**KATHLEEN M. WEISS O'NEIL,**
Appellant,

v.

**HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR4, WELLS FARGO BANK, N.A., S/B/M WACHOVIA BANK, N.A., SUNSET LAKES MASTER ASSOCIATION, INC.,**
Appellees.

No. 4D17-1212

[June 6, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE12-20713 (11).

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellant.

Karusha Y. Sharp, and M. Hope Keating of Greenberg Traurig, P.A., Tallahassee; and Michele L. Stocker of Greenberg Traurig, P.A., Fort Lauderdale, for appellee HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-through Certificates, Series 2005-AR4.

PER CURIAM.

*Affirmed. See Bolus v. U.S. Bank Nat'l Ass'n*, 210 So. 3d 691 (Fla. 4th DCA 2014).

WARNER, TAYLOR, and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***